IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT HOSAFLOOK,<br><br>       Plaintiff<br><br>VS.<br><br>EDDIE WIGGINS,<br><br>       Defendant | NO. 5:04-CV-256 (CWH)<br><br><br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

# ORDER OF DISMISSAL

It being made known in a SUGGESTION OF DEATH (Tab #17) filed September 27, 2005, that plaintiff ROBERT HOSAFLOOK departed this life during the pendency of the above-styled action; and,

IT APPEARING that no motion for substitution was made within ninety days after said death was suggested on the record and service of said notice was served upon interested parties as required by Rule 25 of the Federal Rules of Civil Procedure,

Accordingly, IT IS ORDERED AND DIRECTED that this proceeding be, and it is, DISMISSED *without prejudice*.

SO ORDERED AND DIRECTED, this 28th day of FEBRUARY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE